IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                                          CR 10-1566 WJ

HORTENCIA LOZANO BELTRAN, et al.,

      Defendants.

### ORDER ADOPTING
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court upon Defendants' Motion for Appointment of Coordinating Discovery Attorney as to All Defendants (Doc. 669) and the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 696), which the Court has reviewed and which the Court adopts in full herein.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE